IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. <u>25-MJ-00909-GJF</u> |
| | ) |
| vs. | ) |
| | ) |
| **LUIS ALBERTO** | ) |
| **HERNANDEZ-FLORES**, | ) |
| | ) |
| Defendant. | ) |

<u>NOTICE OF ENTRY OF APPEARANCE</u>
<u>AND SUBSTITUTION OF COUNSEL</u>

The United States of America notifies the Court that RYAN ELLISON, Special Assistant United States Attorney, withdraws as counsel for the United States in the above matter, and in substitution therefor, RANDY CASTELLANO, hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of RANDY CASTELLANO.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/   Electronically Filed 4/29/25*
RANDY CASTELLANO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/   Electronically Filed 4/29/25*
RANDY CASTELLANO
Assistant U.S. Attorney